IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 14, 2007**

Charles R. Fulbruge III
Clerk

No. 06-51488
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

verses

MARIUSZ TOLCZYK

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-1908-ALL

Before HIGGINBOTHAM, STEWART and OWEN, Circuit Judges.

PER CURIAM:[*]

Mariusz Tolczyk appeals from the sentence imposed following revocation of his term of supervised release, arguing that his sentence was unreasonable. The district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Tolczyk's sentence. See United States v. Gonzalez, 250 F.3d 923, 930

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

-1-

(5th Cir. 2001). Tolczyk's sentence, which was within the advisory guideline range and the statutory maximum, was neither unreasonable nor plainly unreasonable. See United States v. Hinson, 429 F.3d 114, 120 (5th Cir. 2005). Accordingly, the judgment of the district court is AFFIRMED.